# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## STANDING ORDER RELATING TO DISCOVERY

Discovery disputes must be the subject of a motion, limited to 10 pages in length, including any memorandum if required. If the dispute involves written discovery requests, a copy of only the requests and response in dispute must be included in the filing.

The time period in Local Rule 7 does not apply to such a motion. The party(ies) opposing a motion to compel must file any opposition within seven (7) days of the filing of the motion. There will be no reply.

**SO ORDERED.**

Dated at New Haven, Connecticut, this 13th day of November 2020.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge