UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVEL MARTINEZ, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>AVANTUS, LLC and XACTUS, LLC, successor in interest to certain assets of Avantus, LLC,<br><br>        Defendants. | Case No. 3:20-cv-01772-JCH |

**STIPULATION REGARDING**
**PERMISSIBLE PURPOSE FOR DEFENDANT TO PRODUCE CERTAIN RECORDS**

WHEREAS, Plaintiff Marvel Martinez has made discovery requests to Defendant Xactus, LLC d/b/a Avantus, as successor in interest to certain assets of Avantus, LLC ("Xactus"), in this matter that call for the production of documents meeting the Fair Credit Reporting Act ("FCRA") definition of a "consumer report" found at 15 U.S.C. § 1681a(d);

WHEREAS, Xactus, without waiving any potentials objections it may have as to the admissibility of such documents or as to Article III standing or this Court's personal jurisdiction over the individuals identified in such records, has agreed to produce documents in response to these requests;

WHEREAS, the FCRA provides that "consumer reporting agencies" like Defendant Xactus as well as other recipients of consumer report information may only disclose such information for certain permissible purposes enumerated in the FCRA. One permissible purpose for disclosing a "consumer report" is "[i]n response to the order of a court having jurisdiction to issue such an order." 15 U.S.C. § 1681b(a)(1).

WHEREAS, the information identified are responsive to Plaintiff's discovery requests and may support the parties' claims and defenses in this matter, the Parties jointly petition the Court to issue an order pursuant to 15 U.S.C. § 1681b(a)(1) authorizing Defendant Xactus to produce to Plaintiff's undersigned counsel the identified information. Such an order is necessary to facilitate and expedite production of the information;

NOW THEREFORE, it is hereby stipulated and agreed that a permissible purpose under 15 U.S.C. § 1681b(a) exists for production of consumer report information by Defendant Xactus to Plaintiff Marvel Martinez.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED:                                                      Respectfully submitted,

By: *s/ James A. Francis*                                   By: *s/ Christi A. Lawson*
James A. Francis.*                                          Christi A. Lawson*
John Soumilas, Esq.*                                        John A. Atallah*
Lauren KW Brennan, Esq.*                                    FOLEY & LARDNER LLP
FRANCIS MAILMAN SOUMILAS, P.C.                              111 N. Orange Ave., Ste. 1800
1600 Market Street, Suite 2510                              Orlando, FL 32801-2386
Philadelphia, PA 19103                                      Telephone: (407) 244-3235
Telephone: (215) 735-8600                                   E: clawson@foley.com
Facsimile: (215) 940-8000                                   E: jatallah@foley.com
E-mail: jfrancis@consumerlawfirm.com
E-mail: jsoumilas@consumerlawfirm.com
E-mail: lbrennan@consumerlawfirm.com

Sarah Poriss, Esquire                                       Stephen P. Brown (ct19876)
777 Farmington Avenue                                       Colleen Vellturo
West Hartford, CT 06119                                     WILSON ELSER MOSKOWITZ
Telephone: (860) 233-0336                                   EDELMAN AND DICKER LLP
Facsimile: (866) 424-4880                                   1010 Washington Boulevard
E-mail: sarahporiss@prodigy.net                             Stamford, CT 06901
                                                            Telephone: (203) 388-9100
*Attorneys for Plaintiff*                                   E: Stephen.brown@wilsonelser.com
                                                            E: colleen.vellturo@wilsonelser.com
*admitted pro hac vice*
                                                            *Attorneys for Defendant Xactus, LLC, successor in interest to certain assets of Avantus, LLC*

3

Pursuant to the above stipulation, IT IS SO ORDERED.

      May 4    , 2022            /s/ Janet C. Hall
                                                                           Hon. Janet C. Hall
                                                                           United States District Judge