UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVEL MARTINEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVANTUS, LLC and XACTUS, LLC d/b/a Avantus, as successor in interest to certain assets of Avantus, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. 3:20-cv-01772-JCH |

## STIPULATION REGARDING DISCOVERY

Plaintiff Marvel Martinez ("Plaintiff") and Defendants Avantus, LLC and Xactus, LLC d/b/a Avantus, as successor in interest to certain assets of Avantus, LLC ("Defendants") (collectively, the "Parties"), by and through the Parties' respective undersigned counsel, hereby jointly state and stipulate as follows:

1.      The Parties have been working diligently to resolve discovery issues and to timely complete discovery, including the production of complex data and voluminous documents, as well as the completion of multiple third-party depositions.

2.      Due to the schedules of counsel and witnesses and challenges in collecting particular documents and data, the Parties were unable to identify available dates to complete such discovery prior to the May 6, 2022 close of discovery.

3.      The Parties were unable to complete the deposition of Plaintiff's wife, Diana Martinez, as previously noticed for April 22, 2022, due to the unexpected illness of counsel for Defendants.  Counsel for Plaintiff has been in contact with Ms. Martinez regarding deposition

scheduling, and the Parties understand that Ms. Martinez's earliest available date for deposition after April 22 was and remains May 16, 2022.

4.    The Parties have conferred repeatedly and agree to continue working cooperatively to complete the deposition of Plaintiff's wife, Diana Martinez, and the disclosures and depositions of the Parties' respective expert witnesses in this matter.

5.    Without extending the time for trial or otherwise altering deadlines in this matter, including the May 20, 2022, deadline for Plaintiff's motion for class certification, the Parties hereby stipulate and agree to finish the following pending discovery items outside the discovery deadline of May 6, 2022:

  a.  Allowing Defendant to take the previously noticed deposition of Diana Martinez on May 16, 2022;

  b.   Allowing Plaintiff to designate his expert no later than May 11, 2022;

  c.  Allowing Defendants their rebuttal expert no later than June 1, 2022; and

  d.  Allowing the Parties to take the depositions of Plaintiff's designated expert and Defendant's designated rebuttal expert.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED:  May 6, 2022

Respectfully submitted,

By: s/ James A. Francis
James A. Francis.*
John Soumilas, Esq.*
Lauren KW Brennan, Esq.*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
E-mail: jfrancis@consumerlawfirm.com
E-mail: jsoumilas@consumerlawfirm.com
E-mail: lbrennan@consumerlawfirm.com

By: s/ John A. Atallah
Christi A. Lawson*
John A. Atallah*
FOLEY & LARDNER LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL 32801-2386
Telephone: (407) 244-3235
E: clawson@foley.com
E: jatallah@foley.com

Sarah Poriss, Esquire
777 Farmington Avenue
West Hartford, CT 06119
Telephone: (860) 233-0336
Facsimile: (866) 424-4880
E-mail: sarahporiss@prodigy.net


*Attorneys for Plaintiff*

*admitted *pro hac vice*

Stephen P. Brown (ct19876)
Colleen Vellturo
WILSON ELSER MOSKOWITZ
EDELMAN AND DICKER LLP
1010 Washington Boulevard
Stamford, CT 06901
Telephone: (203) 388-9100
E: Stephen.brown@wilsonelser.com
E: colleen.vellturo@wilsonelser.com

*Attorneys for Defendant Xactus, LLC, successor in interest to certain assets of Avantus, LLC*


Pursuant to the above stipulation, IT IS SO ORDERED.

_____. 2022

_____
Hon. Janet C. Hall
United States District Judge

3