Civil- (Dec-2008)

HONORABLE: Janet C. Hall
DEPUTY CLERK: L. Barry
RPTR/ECRO/TAPE: Terri Fidanza
TOTAL TIME: 0 hours 20 minutes
DATE: 2/27/2024   START TIME: 11:01   END TIME: 11:21
LUNCH RECESS   FROM:           TO:
RECESS (if more than ½ hr)   FROM:           TO:

CIVIL NO. 3:20-cv-01772

Martinez                                    John Soumilas, Sarah Poriss
                                            Plaintiff's Counsel
        vs
Avantus, LLC, et al                         Daniel Cohen, David M. Gettings
                                            Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing   11        ☐ Show Cause Hearing
☐ Evidentiary Hearing        ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing 10

☑.....#108  Motion for Attorney Fees                                    ☑ granted ☐ denied ☐ advisement
☑.....#109  Motion for Settlement (Final Approval of Class Settlement)  ☑ granted ☐ denied ☐ advisement
☐.....#____ Motion _____                                      ☐ granted ☐ denied ☐ advisement
☐.....#____ Motion _____                                      ☐ granted ☐ denied ☐ advisement
☐.....#____ Motion _____                                      ☐ granted ☐ denied ☐ advisement
☐.....#____ Motion _____                                      ☐ granted ☐ denied ☐ advisement
☐.....#____ Motion _____                                      ☐ granted ☐ denied ☐ advisement
☐.....       Oral Motion _____                                ☐ granted ☐ denied ☐ advisement
☐.....       Oral Motion _____                                ☐ granted ☐ denied ☐ advisement
☐.....       Oral Motion _____                                ☐ granted ☐ denied ☐ advisement
☐.....       Oral Motion _____                                ☐ granted ☐ denied ☐ advisement
☐.....       ☐ Briefs(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐............ _____                                           ☐ filed ☐ docketed
☐............ _____                                           ☐ filed ☐ docketed
☐............ _____                                           ☐ filed ☐ docketed
☐............ _____                                           ☐ filed ☐ docketed
☐............ _____                                           ☐ filed ☐ docketed
☐............ _____                                           ☐ filed ☐ docketed
☐............ _____ Hearing continued until _____ at _____

Final order of approval to follow.